JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DEWAYNE ALLEN, | ) | NO. CV 20-7952-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| WARDEN DOE, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Second Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: November 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE